# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lawrence Oakley,<br>　　　　　Plaintiff<br><br>v.<br><br><br>Valentine & Kebartas, Inc.,<br>　　　　　Defendant | Docket 3:09-cv-2283-WJN<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br><br>FILED ELECTRONICALLY |

## Notice of Settlement

Defendant Valentine & Kebartas, Inc. has accepted Plaintiff's written offer to settle this action. Settlement is expected to be complete within 45 days. Plaintiff will thereafter dismiss this action with prejudice.

s/ Kenneth W. Pennington　　　　
Kenneth W. Pennington
Bar Number PA 68353
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kpecf@bankruptcypa.com
