IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lawrence Oakley,<br>Plaintiff | Docket 3:09-cv-2283-WJN |
| | (JUDGE WILLIAM J. NEALON) |
| v. | |
| Valentine & Kebartas, Inc.,<br>Defendant | FILED ELECTRONICALLY |

## ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: 2-1-10

William J. Nealon
United States District Judge

FILED
SCRANTON
FEB 01 2010
PER _____
DEPUTY CLERK